United States District Court

Eastern District of California

Karen C. Marie Pete,

        Petitioner,                      No. Civ. S 02-2713 MCE PAN P

   vs.                                      Order

Gloria Henry,

        Respondent.

                              -oOo-

    July 16, 2004, the court abeyed this proceeding pending the California Supreme Court's ruling on unexhausted claims.

    December 14, 2005, petitioner filed an amended petition, which the court construes as a motion for leave to file an amended petition and proposed amended petition.  The document lacks the proof of service required by Fed. R. Civ. P. 5 and Local Rule 5-135.  Petitioner shall serve the document on respondent via counsel and, within 10 days, file a proof of service.  Otherwise the court will consider striking it.

1   Respondent shall respond to petitioner's motion for leave to
2 amend the petition within 20 days after it is served upon them.
3   So ordered.
4   Dated:  December 15, 2005.

                                   /s/ Peter A. Nowinski
                                   PETER A. NOWINSKI
                                   Magistrate Judge