IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN C. MARIE PETE, | No. 2:02-cv-02713-MCE-JFM P |
| Petitioner, | |
| vs. | ORDER |
| GLORIA HENRY, | |
| Respondent. | |
| _____/ | |

    On March 4, 2008, the application for writ of habeas corpus was denied and this action was closed. On March 3, 2008, petitioner filed a document entitled "Objections to Magistrate Judge's Findings and Recommendations," which was entered on the court's docket on March 4, 2008. The findings and recommendations were issued on February 7, 2008 and granted petitioner twenty days in which to file objections. Petitioner's filing was, therefore, untimely.

    However, in her objections, petitioner states she did not receive the findings and recommendations until February 12, 2008, and requests an additional fourteen days in which to file objections. Petitioner's request for extension was signed and mailed on February 28, 2008.

///

1

1  Good cause appearing, the judgment will be vacated and petitioner will be granted an additional
2  fourteen days in which to file objections.  Petitioner is cautioned that no further extensions of
3  time will be granted.
4        IT IS HEREBY ORDERED that:
5        1.    The March 4, 2008 Order and Judgment (docket nos. 45 & 46) are vacated;
6        2.    Petitioner's March 3, 2008 request for an extension of time is granted; and
7        3.    Petitioner is granted fourteen days from the date of this order in which to file
8  objections to the February 7, 2008 findings and recommendations.

Dated:  March 10, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE